**Order filed June 11, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00054-CR
_____

**ALPHONSON DAMON MALONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Crim Ct at Law No 8**
**Harris County, Texas**
**Trial Court Cause No. 1899612**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of CD of State's/Defendant's Exhibit 1.

The exhibit clerk of the Co Crim Ct at Law No 8 is directed to deliver to the Clerk of this court the original of CD of State's/Defendant's Exhibit 1, on or before June 18, 2015. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of CD of State's/Defendant's Exhibit 1, to the clerk of the Co Crim Ct at Law No 8.

PER CURIAM